UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LaShawn R. Pettus-Brown,

    Plaintiff,

          v.                             Case No. 1:17cv032

Hamilton County, Ohio, *et al.*,         Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 23, 2017 (Doc. 2).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 2) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 2) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge that Plaintiff's pleading entitled "Bill in Chancery/Equity and Injunctive Relief" (Doc. 1) is **DISMISSED** with prejudice, with the caveat that the dismissal may not be construed as precluding plaintiff from filing a habeas petition challenging any conviction or sentence he may receive in Hamilton County Court of Common Pleas Case No. B1605805 after he has exhausted all available state-court remedies.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge